**Order entered January 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01048-CV

**WILLIAM CHARLES BUNDREN, ET AL., Appellants**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT, ET AL., Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-05054-2017**

## ORDER

Before the Court is appellants' January 11, 2019 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **January 18, 2019**.

/s/     KEN MOLBERG
JUSTICE